**No. 44157.**—Protest 995526–G of National Carloading Corporation (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *American Push Broom & Brush Co.* v. *United States* (25 C. C. P. A. 248, T. D. 49391) textile grasses or fibrous substances were held entitled to free entry under paragraph 1684 as claimed.